UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN T. CARLETON, | ) |
|     Plaintiff, | ) |
| | )    1:22-cv-00106-JAW |
| v. | ) |
| JA MARIE LANDRY, et al., | ) |
|     Defendants. | ) |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on February 8, 2023, his Recommended Decision. *Recommended Decision on Mot. to Reopen* (ECF No. 12). Mr. Carleton filed his objection to the Recommended Decision on March 1, 2023. *Pl.'s Obj. to Report and Recommended Decision* (ECF No. 14). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 12) and thereby DENIES Mr. Carleton's Motion to Reopen Case (ECF No. 11).

SO ORDERED.

                                    <u>/s/ John A. Woodcock, Jr.</u>
                                    JOHN A. WOODCOCK, JR.
                                    UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2023